UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN THOMPSON, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>WASHINGTON MUTUAL,<br><br>            Defendant. | Case No.: C 09-5385 PVT<br><br>**ORDER** Setting Deadline for Filing Amended Complaint; and Continuing Case Management Conference |

On April 15, 2010, this court issued an order to show cause why the case should not be transferred to either the Western District of Washington or the District of Columbia, on the basis that those are the only two courts that would have jurisdiction over Plaintiffs' appeal of the Federal Deposit Insurance Corporation's ("FDIC") denial of their claim under the Financial Institutions Reform and Recovery Enforcement Act. The court noted that Plaintiffs had not named the FDIC as a Defendant, but they could still amend their complaint to do so. In their response to the order to show cause, Plaintiffs requested that the transfer be to the District of Columbia. However, Plaintiffs have not yet amended their complaint to name the FDIC as a Defendant. Based on this court's prior order to show cause, the Plaintiffs' response, and the file herein,

IT IS FURTHER ORDERED that any amended complaint naming the FDIC as a Defendant must be filed by Plaintiffs within 30 days of this order. Plaintiffs are advised that, because the FDIC

is a necessary party, failure to file an amended complaint will likely result in dismissal of the action.

IT IS FURTHER ORDERED that, upon filing of the amended complaint, the court will order the case be transferred to the United States District Court for the District of Columbia.

IT IS FURTHER ORDERED that the Case Management Conference scheduled for May 25, 2010 is CONTINUED to July 13, 2010.

Dated: *5/24/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

copies mailed on  *5/26/20*  to:

Steven Thompson
Post Office Box 92214
Henderson, NV 89009

Aster Kifle-Thompson
Post Office Box 92214
Henderson, NV 89009

                           */s/  Donna Kirchner          for*
                           MARTHA BROWN
                           Courtroom Deputy