UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN THOMPSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL, et al., <br><br> Defendants. | Case No.: C 09-5385 PVT <br><br> **FURTHER ORDER RE PLAINTIFFS' APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On November 24, 2009, this court issued an order granting Plaintiffs' application to proceed *in forma pauperis*. On June 23, 2010, Plaintiffs filed an Amended Complaint which adds additional Defendants. Therefore,

IT IS HEREBY ORDERED that the United States Marshall for the Northern District of California shall serve, without prepayment of fees, a copy of the Amended Complaint, any amendments, scheduling orders, attachments and this order upon the three newly added Defendants: Federal Deposit Insurance Corporation, JP Morgan Chase Bank, and US Bank.

Dated: *June 24, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1

2 copies mailed on  *6/25/10*      to:

3 Steven Thompson
Post Office Box 92214
4 Henderson, NV 89009

5 Aster Kifle-Thompson
Post Office Box 92214
6 Henderson, NV 89009

7

8                 */s/  Donna Kirchner            for*
MARTHA BROWN
Courtroom Deputy